UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

VICTOR H. VELEZ,

                        Plaintiff,

   -against-

LOS GIRASOLES CORP., dba GIRASOL
BAKERY, or any other business entity
doing business as GIRASOL BAKERY,
located at 690 5th Avenue, Brooklyn, NY 11215;
ROSAS BAKERY CORP., or any other business
entity doing business as ROSAS BAKERY,
located at 5824 4th Avenue, Brooklyn, NY 11220;
and PORFIRIA TORRES, and
JANNETT PEREZ, individually,

                        Defendants.

Case No.: 17 cv 6268
(PKC)(JO)

---

    WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which were judicially reviewed and deemed fair and reasonable, and the parties confirming that all terms of the settlement have been satisfied timely; and

    WHEREAS, the United States District Court for the Eastern District of New York retained jurisdiction over all proceedings; with the parties' appreciation to the court,

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       April 2, 2019

**CILENTI & COOPER, PLLC**

By: _____
      Peter H. Cooper, Esq.
**Attorneys for Plaintiff**
708 Third Avenue – 6th Floor
New York, NY 10017

**WILLIAM J. RITA, ESQ.**

By: _____
      William J. Rita, Esq.
**Attorneys for Defendants**
291 Broadway – Suite 1616
New York, New York 10007


So ordered: _____,U.S.D.J.